**Order entered February 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01653-CV

**THOMAS ALLEN POWELL D/B/A ARCHITECTURE UNLIMITED AND J. KEITH WEBB, Appellants**

**V.**

**PENHOLLOW, INC., JOHN O. PENHOLLOW, AND YVONNE L. PENHOLLOW, Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03464-2011**

## ORDER

We **GRANT** court reporter Shawn R. Gant's February 5, 2014 request for extension of time to file the record and **ORDER** the record be filed by February 12, 2014. No further extensions will be granted absent exigent circumstances.

/s/     ELIZABETH LANG-MIERS
JUSTICE